1  Curt Holbreich (SBN 168053)
   curt.holbreich@klgates.com
2  **KIRKPATRICK & LOCKHART PRESTON**
   **GATES ELLIS LLP**
3  55 Second Street, Suite 1700
   San Francisco, California 94105-3493
4  Telephone: 415.882.8200
   Facsimile: 415.882.8220
5
   Attorneys for Defendant
6  TPV International (USA), Inc.

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11 | IN RE: CATHODE RAY TUBE (CRT) | Case No. C-07-5944-SC |
   | ANTITRUST LITIGATION | MDL No. 1917 |
12 | | |
   | | Case No. C-08-1984-SC |
13 | | Case No. C-08-2204-SC |
   | This Document Relates to: | |
14 | | **NOTICE OF APPEARANCE PURSUANT** |
   | Direct Purchaser Actions | **TO GENERAL ORDER 45** |
15

28  SF-152821 v1

RECYCLED PAPER

PLEASE TAKE NOTICE THAT in the above-captioned litigation Curt Holbreich of the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP enters an appearance as counsel of behalf of defendant TPV International (USA), Inc. and respectfully requests that copies of all future notices, pleadings and other documents filed in these actions be provided to him.

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Dated: May 1, 2008        By: _____
Curt Holbreich
Attorneys for Defendant
TPV International (USA), Inc.

## PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is **Kirkpatrick & Lockhart Preston Gates Ellis, 55 Second Street, Suite 1700, San Francisco, California 94105.**

On **May 1, 2008**, I served the foregoing document(s):

**NOTICE OF APPEARANCE PURSUANT TO GENERAL ORDER 45**

together with an unsigned copy of this declaration, on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope(s) addressed and sent as follows:

*Attorneys for Direct Purchasers Plaintiffs Electric Design Company and Paula Call*
Mark Reinhardt
Reinhardt Wendorf & Blanchfield
East 1250 First National Bank Building
322 Minnesota Street
St. Paul, MN  55101

[ X ]   **BY MAIL (By Following Office Business Practice):** I am readily familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I placed such envelope(s) for collection and mailing on that date following ordinary business practice.

[ ]   **BY FACSIMILE:** The recipient(s) have confirmed in writing that service by facsimile is acceptable to them. At __:__ _.m., I transmitted the documents listed above by facsimile transmission from a facsimile machine, whose telephone number is (415) 8820-8200 to the facsimile number of the offices of the addressee(s) as indicated above. The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission. A true and correct copy of the transmission report is attached hereto.

[ ]   **BY FEDERAL EXPRESS:** I deposited such envelope in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents in an envelope designated by the said express service carrier, addressed as above, with delivery fees paid or provided for, to be transmitted by Federal Express.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 1, 2008, at San Francisco, California.

*Catherine J. Williams*
Catherine J. Williams