1  Curt Holbreich (SBN 168053)
   curt.holbreich@klgates.com
2  **KIRKPATRICK & LOCKHART PRESTON GATES ELLIS** LLP
3  55 Second Street, Suite 1700
   San Francisco, California 94105-3493
4  Telephone: 415.882.8200
   Facsimile: 415.882.8220
5
   Attorneys for Defendant
6  TPV International (USA), Inc.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 | IN RE: CATHODE RAY TUBE (CRT) | Case No. C-07-5944-SC
   | ANTITRUST LITIGATION          | MDL No. 1917
12 |                               |
   |                               | Case No. C-08-1984-SC
13 |                               | Case No. C-08-2204-SC
   | This Document Relates to:     |
14 |                               | **DEFENDANT TPV INTERNATIONAL
   | Direct Purchaser Actions      | (USA), INC.'S CERTIFICATION OF
15 |                               | INTERESTED ENTITIES OR PERSONS
   |                               | AND FRCP 7.1 DISCLOSURE
16 |                               | STATEMENT**

SF-151435 v1

**RECYCLED PAPER**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Top Victory Investments Limited, a private Hong Kong corporation, owns a 100 percent interest in Defendant TPV International (USA), Inc.

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant TPV International (USA), Inc., by and through its attorney, discloses that it is 100 percent owned by Top Victory Investments Limited, a private Hong Kong corporation.

KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

Dated: May 1, 2008                By: _____
                                      Curt Holbreich
                                      Attorneys for Defendant
                                      TPV International (USA), Inc.

1

RECYCLED PAPER

TPV INTERNATIONAL (USA), INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND DISCLOSURE STATEMENT
Case No. C-07-5944-SC; MDL No. 1917; Case No. C-08-1984-SC; C-08-2204-SC

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is **Kirkpatrick & Lockhart Preston Gates Ellis, 55 Second Street, Suite 1700, San Francisco, California 94105.**

On **May 1, 2008**, I served the foregoing document(s):

**DEFENDANT TPV INTERNATIONAL (USA), INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS AND FRCP 7.1 DISCLOSURE STATEMENT**

together with an unsigned copy of this declaration, on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope(s) addressed and sent as follows:

*Attorneys for Direct Purchasers Plaintiffs Electric Design Company and Paula Call*
Mark Reinhardt
Reinhardt Wendorf & Blanchfield
East 1250 First National Bank Building
322 Minnesota Street
St. Paul, MN 55101

[X] **BY MAIL (By Following Office Business Practice):** I am readily familiar with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I placed such envelope(s) for collection and mailing on that date following ordinary business practice.

[ ] **BY FACSIMILE:** The recipient(s) have confirmed in writing that service by facsimile is acceptable to them. At __:__ _.m., I transmitted the documents listed above by facsimile transmission from a facsimile machine, whose telephone number is (415) 8820-8200 to the facsimile number of the offices of the addressee(s) as indicated above. The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission. A true and correct copy of the transmission report is attached hereto.

[ ] **BY FEDERAL EXPRESS:** I deposited such envelope in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivered to a courier or driver authorized by said express service carrier to receive documents in an envelope designated by the said express service carrier, addressed as above, with delivery fees paid or provided for, to be transmitted by Federal Express.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 1, 2008, at San Francisco, California.

*Catherine J. Williams*
Catherine J. Williams