

1
2
3
4

Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA  94111
Telephone (415) 774-2644
Facsimile (415) 982-5287

F I L E D

JUN 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

8
9
10
11
12
13
14
15
16

In Re:  Cathode Ray Tube (CRT)
Antitrust Litigation

CRAGO, Inc.,

           Plaintiff,

  v.

CHUNGWA PICTURE TUBES, LTD., et al.,

           Defendants.

No. 07-5944 SC

MDL No. 1917

**DECLARATION OF
CHARLES A. LEGGE
REGARDING PROPOSED
APPOINTMENT AS MASTER**

**JAMS Reference No. 1100054618**

17

I, CHARLES A. LEGGE, declare under penalty of perjury:

18
19
20
21

     1.     I am a retired judge of the U.S. District Court for Northern District of California. I am a member in good standing of the State Bar of California and am admitted to practice before this Court.  I have personal knowledge of the following facts, and if called as a witness, could and would testify competently as follows:

22

     2.     I have been proposed as a Master in the above-captioned matter.

23

     3.     I am competent and willing to serve in the capacity of Master.

24
25
26

     4.     I have familiarized myself with the issues in the above-captioned case; and with the identities of the appointed interim lead counsel for the classes, the identities of the named defendants, and the identities of the designated counsel for the named defendants.

27
28

     5.     I attest and affirm that I know of no grounds for disqualification under 28 U.S.C. section 455 that would prevent me from serving as a Master in the above-captioned matter.

1

2

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct. Executed on May 16, 2008 at San Francisco, CA.

3

4

5

6

HON. CHARLES A. LEGGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

## PROOF OF SERVICE BY EMAIL & U.S. MAIL

Re: Crago, Inc. vs. Chunghwa Picture Tubes, Ltd., et al.
Reference No. 1100054618

I, Melissa Ornstil, not a party to the within action, hereby declare that on May 19, 2008 I served the attached Declaration of Charles A. Legge Regarding Proposed Appointment as Master on the parties in the within action by Email and by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, via U.S. Mail, at San Francisco, CALIFORNIA, addressed as follows:

Samuel Ray Miller Esq.
Sidley Austin LLP
555 California Street
20th Floor
San Francisco, CA 94104-1715
Tel: 415-772-7447
Email: srmiller@sidley.com

Guido Saveri Esq.
Saveri & Saveri
111 Pine St.
Suite 1700
San Francisco, CA 94111
Tel: 415-217-6810
Email: guido@saveri.com
Fax: 415-217-6813

Mario N. Alioto Esq.
Trump, Alioto, Trump & Prescott
2280 Union St.
San Francisco, CA 94123-
Tel: 415-563-7200
Email: malioto@tatp.com

Joel Sanders Esq.
Gibson, Dunn & Crutcher
One Montgomery
Suite 3100
San Francisco, CA 94104
Tel: 415-393-8200
Email: jsanders@gibsondunn.com
Fax: 415-986-5309

Kent Roger Esq.
Morgan, Lewis & Bockius LLP
One Market Plaza, 28th Floor
Spear St. Tower
San Francisco, CA 94105
Tel: 415-442-1000
Email: kroger@morganlewis.com

Michael R. Lazerwitz Esq.
Cleary, Gottlieb, Steen & Hamilton
2000 Pennsylvania Ave. N.W.
Suite 9000
Washington, DC 20006  USA
Tel: (202) 974-1510
Email: mlazerwitz@cgsh.com
Fax: (202) 974-1999

Steven A. Reiss Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Ave.
New York, NY 10153  USA
Tel: 212-310-8174
Email: steven.reiss@weil.com

Jeffrey L. Kessler Esq.
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Tel: 212-259-8050
Email: jkessler@dbllp.com
Fax: 212-259-6333

Joe Czerniawski Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Ave.
New York, NY 10022-
Tel: 212-308-4411
Email: jczerniawski@eapdlaw.com

David W. Evans Esq.
Haight Brown & Bonesteel
71 Stevenson Street
20th Floor
San Francisco, CA 94105-2981
Tel: 415-281-7624
Email: devans@hbblaw.com
Fax: 415-546-7505

Joe Ostoyich Esq.
Howrey LLP
1299 Pennsylvania Avenue NW
Washington, DC 20004-2402  USA
Tel: 202-783-0800
Email: ostoyichj@howrey.com

Gary L. Halling Esq.
Sheppard Mullin Richter & Hampton
Four Embarcadero Center
17th Floor
San Francisco, CA 94111  USA
Tel: 415-774-3234
Email: ghalling@sheppardmullin.com
Fax: 415-434-3947

Patrick J. Ahern Esq.
Baker & McKenzie LLP
One Prudential Plaza
130 E. Randolph Dr.
Chicago, IL 60601  USA
Tel: 312-861-8000
Email: Patrick.J.Ahern@BakerNet.com

Christopher Curran
White & Case
701 13th St., N.W.
Suite 600 South
Washington, DC 20005  USA
Tel: 202-626-3600
Email: ccurran@whitecase.com
Fax: 202-639-9355

Curt Holbreich Esq.
K&L Gates
55 Second St.
Suite 1700
San Francisco, CA 94105  USA
Tel: 415-882-8200
Email: curt.holbreich@klgates.com

Samuel Conti          − Via U.S.
United States District Court      Mail
Northern District of California      only.
450 Golden Gate Avenue
San Francisco, CA 94102  USA
Tel: 415-522-2077
Email: NOT AVAILABLE
Fax: 415-556-2771

I declare under penalty of perjury the foregoing to be true and correct. Executed at San Francisco, CALIFORNIA on May 19, 2008.

Melissa Ornstil
JAMS The Resolution Experts
melissaornstil@jamsadr.com